IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| | | | |
|---|---|---|---|
| 418P12-2 | Mark Elliott, Tor and Michelle Gabrielson, Michihiro and Yoko Kashima, on behalf of themselves and of all others similarly situated v. KB Home North Carolina, Inc. and KB Home Raleigh-Durham, Inc. and KB Home Raleigh-Durham, Inc., Third-Party Plaintiff v. Stock Building Supply, LLC, Third-Party Defendant | 1. Def's (KB Home Raleigh-Durham, Inc.) NOA Based Upon a Constitutional Question<br><br>2. Def's (KB Home Raleigh-Durham Inc.) PDR Under N.C.G.S. § 7A-31<br><br>3. Motion to Admit Matthew H. Lembke *Pro Hac Vice*<br><br>4. Motion to Admit Kevin C. Newsom *Pro Hac Vice*<br><br>5. Motion to Admit Edmund S. Sauer *Pro Hac Vice*<br><br>6. Plts' Motion to Dismiss Appeal | 1. ---<br><br><br>2. Denied<br><br><br>3. Allowed<br><br><br>4. Allowed<br><br><br>5. Allowed<br><br><br>6. Allowed |
| 441P13-2 | State v. Jeroen M. Eve | Def's *Pro Se* Motion to Dismiss | Dismissed |
| 449P11-8 | State v. Charles Everette Hinton | Petitioner's *Pro Se* Motion for Notice of Joinder of Remedies for Suit at Law and in Civil Action | Dismissed |
| 450A08-2 | Harriet Hurst Turner and John Henry Hurst v. Hammocks Beach Corporation, Inc., Nancy Sharpe Caird, Seth Dickman Sharpe, Swan Spear Sharpe, William August Sharpe, North Carolina State Board of Education, Roy A. Cooper, III, in his capacity as Attorney General of the State of North Carolina | Def's (The Hammocks Beach Corporation, Inc.) Motion for Objection to Argument Content | Dismissed as Moot |
| 450A08-2 | Harriet Hurst Turner and John Henry Hurst v. Hammocks Beach Corporation, Inc., Nancy Sharpe Caird, Seth Dickman Sharpe, Swan Spear Sharpe, William August Sharpe, North Carolina State Board of Education, Roy A. Cooper, III, in his capacity as Attorney General of the State of North Carolina | Joint Motion to Dismiss Appeal | Allowed 06/11/2014 |